# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

Marilyn Kelly,
Chief Justice

137793 & (65)(68)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ASSET ACCEPTANCE L.L.C.,
        Plaintiff-Appellee,

v

                                              SC: 137793
                                              COA: 282774

KENNETH EUGENE EVANS,
        Defendant-Appellant.
                                              Wayne CC: 07-722299-AV

_____/

      On order of the Court, the application for leave to appeal the September 23, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for miscellaneous relief are DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

_____
Clerk

s0518